Eduarda K. BALTUFF (Harris), Appellant, v. Gas Screw "ZEV" (453M), Her Tackle, Furniture, Apparel, and All Persons Intervening, and Frank Dow, Acting Commissioner of Customs, Mr. E. Shamhart, Chief of Enforcement Division for Washington, D. C., U. S. Customs, Both Residing at Washington, D. C., Appellees.

No. 6043.

Court of Appeals of the District of Columbia.

Argued March 5, 1934.
Decided April 2, 1934.

Eduarda K. Baltuff, pro se.

Leslie C. Garnett and John W. Fihelly, both of Washington, D. C., for appellees.

Before MARTIN, Chief Justice, and ROBB, VAN ORSDEL, HITZ, and GRONER, Associate Justices.

PER CURIAM.

The decision in Baltuff v. Gas Screw Zev, 63 App. D. C. 146, 70 F.(2d) 750, is conclusive here, and the decree in this case is therefore affirmed.

Affirmed.